UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: PATRICK BARGE,            Case No.   4:21-bk-11468T
        DEBTOR                                                                                       Chapter 7

**MOTION TO SELL NON-EXEMPT ASSETS TO DEBTOR
AND NOTICE OF OPPORTUNITY TO OBJECT**

Comes now the Chapter 7 Trustee herein, Richard L. Cox (hereinafter the "Trustee") by and through his attorney, Richard L. Cox, P.A. and for his Motion to Sell Non-exempt Assets to Debtor states:

1. On May 28, 2021, the Debtor commenced the instant case with the filing of a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

2. Richard L. Cox is the duly appointed and acting Trustee of the estate.

3. The Debtor scheduled ownership of unencumbered, non-exempt property, or equity in property, and desires to retain said assets. The Trustee employed Harris Appraisals to appraise some of said property and the Debtor has offered to purchase the non-exempt property, or equity in property, as follows:

| Scheduled Property Description | Agreed property value | Agreed Non-Exempt Equity | Purchase Price |
|---|---|---|---|
| 12203 Willow Lane, Scott, AR (Amended Sch A/B 1.1) | $360,000.00 | $25,736.20 | $20,310.16 |
| 2008 GMC Sierra 2500 (Amended Sch A/B 3.1) | $10,000.00 | $3,675.00 | $3,675.00 |
| 2017 Honda Rubicon (Amended Sch A/B 4.1) | $1,500.00 | $356.00 | $356.00 |
| 2005 Go-Devil Boat (Amended Sch A/B 4.3) | $2,000.00 | $2,000.00 | $2,000.00 |
| 2009 Piaggio MP4 Scooter (Amended Sch A/B 4.4) | $300.00 | $300.00 | $300.00 |
| 2012 Typhoon MP4 Scooter (Amended Sch A/B 4.5) | $500.00 | $500.00 | $500.00 |
| 2 Homemade utility trailers (Amended Sch A/B 4.6) | $100.00 | $100.00 | $100.00 |
| 2011 Big Tex 16' trailer (Amended Sch A/B 4.7) | $800.00 | $800.00 | $800.00 |
| 2005 Go-Devil HP Vanguard (Amended Sch A/B 4.8) | $300.00 | $300.00 | $300.00 |
| 2005 McCain 1658-13GD (Amended Sch A/B 4.9) | $250.00 | $129.54 | $129.54 |
| Household goods & furnishings, (Amended Sch A/B 6.0) | $3,619 | $619.00 | $619.00 |
| 4 Banjos (Amended Sch A/B 9.0) | $1,200.00 | $1,200.00 | $1,200.00 |
| Cash (Amended Sch A/B 16.0) | $1,000.00 | $1,000.00 | $1,000.00 |
| People's Bank checking | $3,800.00 | $3,800.00 | $3,800.00 |

In Re: Patrick Barge; 4:21-11468
Motion to Sell Non-exempt Assets to Debtor
Page 2

| | | | |
|---|---|---|---|
| (Amended Sch A/B 17.0) | | | |
| Barge Family, LLC (50% int.) (Amended Sch A/B 19.0) | $13,264.84 | $13,264.84 | $13,264.84 |
| 113 Mineral Rights (Amended Sch A/B 25.0) | 1,645.46 | $1,645.46 | $1,645.46 |
| | | **TOTAL:** | **$50,000.00** |

4. The terms of the Debtor's proposed purchase of the above-described assets are that the Debtor will pay the total sum of $50,000.00 to the Trustee on or before April 1, 2025.

5. Trustee has accepted the Debtor's offer, subject to approval by the Court, believing that the Estate will net more from this sale than if the Trustee were to take possession of the non-exempt assets and arrange and conduct a sale and pay the costs and expenses of such a sale.

6. The Trustee believes that this sale is in the best interests of the Debtor's Estate and creditors, generally, and that the Court should approve the sale.

7. In the event that the instant motion is granted, the Trustee respectfully requests that the fourteen (14) day stay, pursuant to B. R. 6004(h), be waived.

8. **TO ALL CREDITORS AND PARTIES IN INTEREST: YOU ARE HEREBY NOTIFIED THAT YOU HAVE TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE WITHIN WHICH TO FILE OBJECTIONS TO THE SALE OF NON-EXEMPT ASSETS DESCRIBED HEREIN. ANY OBJECTION TO THE MOTION TO SELL NON-XEMPT ASSETS TO DEBTORS IS TO BE FILED ELECTRONICALLY WITH THE UNITED STATES BANKRUPTCY COURT UNLESS THE FILING PARTY IS WITHOUT LEGAL REPRESENTATION. OBJECTIONS FILED BY PARTIES WITHOUT LEGAL REPRESENTATION MUST BE IN WRITING AND FILED WITH THE CLERK OF THE BANKRUPTCY COURT AT 300 WEST 2ND STREET, LITTLE ROCK, ARKANSAS, 72201. A COPY OF THE OBJECTION SHOULD ALSO BE SERVED UPON THE TRUSTEE, RICHARD L. COX, 364 LONG POINT ROAD, HOT SPRINGS, ARKANSAS 71913, AND COUNSEL FOR THE DEBTOR. ANY OBJECTION NOT TIMELY FILED AND SERVED MAY BE DEEMED WAIVED. IF NO OBJECTIONS ARE FILED WITHIN THE STATED TIME, AN ORDER WILL BE SUBMITTED TO THE BANKRUPTCY COURT AUTHORIZING THE PARTIES HERETO TO PROCEED WITH THE SALE OF NON-EXEMPT ASSETS ON THE ABOVE TERMS. IF AN OBJECTION IS FILED, IT WILL BE HEARD BY THE BANKRUPTCY COURT AT A HEARING TO BE SET BY SUBSEQUENT NOTICE.**

In Re: Patrick Barge; 4:21-11468
Motion to Sell Non-exempt Assets to Debtor
Page 3

WHEREFORE, Richard L. Cox, Trustee herein, respectfully prays that the Court enter an Order approving the sale of non-exempt assets to the Debtor upon the terms and provisions set forth above; waiving the fourteen (14) day stay pursuant to B.R. 6004(h); and awarding to the Trustee all other just and proper relief to which he may be entitled.

    Respectfully submitted,

    RICHARD L. COX, Trustee
    By His Attorney
    RICHARD L. COX
    364 Long Point Road
    Hot Springs, Arkansas 71913
    (501) 623-1759
    rcltrustee@gmail.com

    By: /s/ Richard L. Cox
        RICHARD L. COX

Approved:

/s/ Frank Falkner
Frank Falkner,
Attorney for Debtor